168 A.3d 1174

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. HASSAN SHOULARS, DEFENDANT-PETITIONER.

May 19, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001669–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.